**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **The Art Institute of Philadelphia LLC** | ) | **Case No. 18-11535 (CTG)** |
| **et al.** | ) | |
| | ) | |
| **Debtors.** | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

   **AND NOW, this** 2nd day of August, 2021, **it is hereby ORDERED** that the above Chapter 7 case (and all associated cases) is **TRANSFERRED** to the **Honorable Craig T. Goldblatt** for all further proceedings and dispositions.[1]

_____
Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.